# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128161(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND A. MCCULLER,
      Defendant-Appellant.

_____

SC: 128161
COA: 250000
Oakland CC: 02-183044-FH

      On order of the Chief Justice, the motion by the Wayne County Prosecuting Attorney for leave to file a brief *amicus curiae* is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2007

Clerk